# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL VENDITTI,<br><br>　　　　Defendant. | Case No. 2:14-CR-162-KJD-CWH<br>　　　　　　2:15-CR-0010-JAD-CWH<br><br>**ORDER** |

　　　Presently before the Court are Defendant's Motions for Reassignment and to Join Cases (#46)/(#9).  Having read and considered the motion, and good cause appearing, the Motions are granted.  The higher case number, 2:15-cr-0010-JAD-CWH, will be reassigned to the judge with lower case number.  Further the cases are joined for the purposes of a sentencing hearing only.

**IT IS SO ORDERED.**

　　　DATED this 9th day of April 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge